# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| Debtor: | LUIS ARQUIMEDES SANTOS RIVAS & SUSAN MELANIE MCLEOD |
| Case Number: | 2:09-bk-19562-GBN    Chapter: 7 |
| Date / Time / Room: | TUESDAY, NOVEMBER 10, 2009 01:30 PM   7TH FLOOR #702 |
| Bankruptcy Judge: | GEORGE B. NIELSEN |
| Courtroom Clerk: | JAN HERNANDEZ |
| Reporter / ECR: | JO-ANN STAWARSKI |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY CITIMORTGAGE, INC.

R / M #:   19 / 0

## Appearances:

LUIS ARQUIMEDES SANTOS RIVAS, PRO SE
SUSAN MELANIE MCLEOD, PRO SE
WILLIAM M. FISCHBACH, ATTORNEY FOR CITIMORTGAGE, INC.

## Proceedings:

MS. MCLEOD CONFIRMS THAT THERE IS NO INCOME.

MR. FISCHBACH ADVISES THAT THERE IS NO SALE PENDING.

THE COURT:  THERE IS NO BASIS TO KEEP THE LENDER WAITING; THE STAY IS LIFTED.  THE COURT WILL SIGN AN ORDER.  THERE WILL NOT BE A FORECLOSURE ANY SOON THAN NINETY DAYS.  IT IS REQUESTED THAT MR. FISCHBACH PROVIDE A NAME AND NUMBER FOR THE DEBTORS TO CONTACT IN CASE THEIR SITUATION IMPROVES.