**ORDERED ACCORDINGLY.**

Dated: November 18, 2009



_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

---

**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-21977/12255983

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-19562-GBN |
| Luis Arquimedes Santos Rivas and Susan Melanie McLeod | Chapter 7 |
| Debtors. | O R D E R |
| CitiMortgage, Inc. | (Related to Docket #19) |
| Movant, | |
| vs. | |
| Luis Arquimedes Santos Rivas and Susan Melanie McLeod, Debtors; Roger W. Brown, Trustee. | |
| Respondents. | |

This matter having come before the Court for a Preliminary Hearing on November 10, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, pro se, and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain

real property which is subject of a Deed of Trust dated June 7, 2005, and recorded on August 12, 2005 , in the office of the Maricopa County Recorder at Instrument No. 20051161094 wherein CitiMortgage, Inc. is the current beneficiary and Luis Arquimedes Santos Rivas and Susan Melanie McLeod have an interest in, further described as:

Lot 11, Seaport Village, a subdivision recorded in Book 310 of Maps, page 14, records of Maricopa County, Arizona.

IT IS ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

IT IS FURTHER ORDERED there shall be no foreclosure sale held sooner than 90 days from the entry of this Order.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT